Jose Luis Valle CHACON, Petitioner

v.

Jefferson B. SESSIONS, III,[1] Attorney General of the United States, Respondent

No. 16-2266

United States Court of Appeals, Eighth Circuit.

Submitted: May 10, 2017

Filed: May 25, 2017

Jose Luis Valle Chacon, Pro Se

Karen Yolanda Drummond, Carl H. McIntyre, Jeffrey Ronald Meyer, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, Oil, U.S. Department of Justice, Washington, DC, for Respondent

Before GRUENDER, ARNOLD, and KELLY, Circuit Judges.

PER CURIAM.

Jose Luis Valle Chacon, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals adopting the decision of an immigration judge to deny Chacon both asylum and withholding of removal, after finding that Chacon was not credible, and had shown neither past persecution nor a well-founded fear of future persecution in El Salvador.[2] After careful consideration, we con-

---

1. Jefferson B. Sessions, III has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

2. The rulings regarding denial of relief under the Convention Against Torture and denial of voluntary departure are not before us. See Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004).

clude that substantial evidence on the record as a whole supports the denial of asylum and withholding of removal. Accordingly, we deny the petition. See 8th Cir. R. 47B.